# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:11-cv-00278-GCM-DLH

| | |
|---|---|
| LP Industries, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Glen A. Williams, Steven J. Mull, Angela O. Eller, and Action Play Systems, LLC, <br><br> Defendants. | **ORDER ON MOTION TO PRESERVE EVIDENCE** |

This matter is before the Court on Plaintiff LP Industries, Inc.'s ("LPI's") Motion to Preserve Evidence, made during the hearing on LPI's Motion for Temporary Restraining Order and Preliminary Injunction held before this Court on June 27, 2011. The Court concludes that there is good cause to require the preservation of all discoverable evidence related to the above-captioned matter.

LPI's Motion to Preserve Evidence is hereby granted as follows: all parties, representatives, attorneys, officers, agents, servants, employees, and any other person acting in concert or participation therewith, shall maintain all discoverable information which may relate to any claim or defense in the above-captioned matter, and shall not change, modify, erase, delete, destroy, or otherwise fail to preserve documents and information, including but not limited to emails and any electronically stored information, in their possession, custody, or control.

**SO ORDERED**.

Signed: June 28, 2011

Graham C. Mullen
United States District Judge