IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-00278

| | | |
|---|---|---|
| LP INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GLEN A. WILLIAMS, STEVEN J. MULL, | ) | |
| ANGELA O. ELLER, AND ACTION PLAY | ) | |
| SYSTEMS, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Temporary Restraining

Order and Preliminary Injunction with Notice [D.I. 14], Defendant's Response in Opposition

[D.I. 20], Defendant's Supplemental Memorandum in Opposition [D.I. 29], and Plaintiff's Reply

Brief in Support [D.I. 31].  For the reasons stated in open Court, the Plaintiff's motion is

**DENIED**.

Signed: July 7, 2011

Graham C. Mullen
United States District Judge

1