UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 3:11-cv-00278-GCM-DLH

LP Industries, Inc.,

    Plaintiff,

vs.

Glen A. Williams, Steven J. Mull, Angela O. Eller, and Action Play Systems, LLC,

    Defendants.

**ORDER ON JOINT MOTION TO STAY LITIGATION**

This matter is before the Court on the Joint Motion of the Parties to stay all proceedings in this action for a two-month period so that the Parties may work in good faith to try and resolve several remaining issues and then to prepare a final settlement agreement if the parties are able to reach resolution on those remaining issues. This Court has reviewed the Joint Motion and, for good cause shown, and in the interest of judicial economy, it is hereby

ORDERED that the Joint Motion to Stay Litigation is granted, and this case is stayed for a period of two months, effective October 3, 2011 such that the stay shall remain in effect to and through December 5, 2011. All discovery activities are postponed during this stay, including responses to written discovery requests, responses to requests for admission, and any other discovery matters. Further, all deadlines set forth in the Patent Claim Construction Scheduling Order are postponed during this stay, including the upcoming deadline for Defendants to serve their initial invalidity contentions. If the matter is not resolved during the stay period, then any responses to any discovery previously served, together with Defendants' initial invalidity contentions, shall not be due until fourteen days after the expiration of the stay.

IT IS FURTHER ORDERED that if the Parties do not reach a settlement within the two-month period, the Parties shall notify the Court promptly and submit a proposed amended Patent Claim Construction Scheduling Order.

IT IS SO ORDERED. *this 3rd day October, 2011.*

*Graham C. Mullen*
Senior US District Court Judge